UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-22736-BLOOM/Otazo-Reyes

**VICTOR ARIZA**,

      Plaintiff,

vs.

**J. CREW GROUP LLC, a foreign limited liability company,**

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

      Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

      DATED:  September 15, 2022.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____<br>      RODERICK V. HANNAH<br>      Fla. Bar No. 435384 | By ____*s/ Pelayo M. Duran*_____<br>      PELAYO M. DURAN<br>      Fla. Bar No. 0146595 |